# Exhibit A

Any and all sizes, scents, brands, sub-brands, variations, configurations or selling units of products manufactured and distributed by Raw Sugar and/or sold within the last four years including, but not limited to, the following non exhaustive list:

1. Body Collection
   a. Body Wash
      a. Simple Body Wash – Shea + Rice Flower
      b. Simple Body Wash – Santal + Caffeine
      c. Simply Body Wash - Hibiscus + Island Fruit
      d. Simply Body Wash - Clementine + Fig
      e. Simply Body Wash - Raw Coconut + Mango
      f. Simply Body Wash - Lemon Sugar
      g. Simply Body Wash - Raw Coconut + Mango
      h. Simply Body Wash for Sensitive Skin - Green Tea + Cucumber + Aloe Vera
      i. Simply Body Wash for Sensitive Skin - Green Tea + Cucumber + Aloe Vera
      j. Moisture Loving Body Wash - Watermelon + Fresh Mint
      k. Simply Body Wash - Vanilla Bean + Sugar
      l. Simply Body Wash for Sensitive Skin - Beach Rose + Coconut Milk + Shea
      m. Simply Body Wash - Pineapple + Maqui Berry + Coconut
      n. Simply Body Wash - Raw Coconut + Mango
      o. Men's Body Wash - Charcoal + Bamboo
      p. Moisture Loving Body Wash - Watermelon + Fresh Mint
      q. Men's Body Wash - Black Coconut + Sea Salt
      r. Simply Body Wash - Pineapple + Maqui Berry + Coconut
      s. Moisture Loving Body Wash - Watermelon + Fresh Mint
      t. Men's Body Wash - Eucalyptus + Cedar Leaf
      u. Men's Body Wash - Citrus + Blue Agave
      v. Moisture Loving Body Wash - Avocado + Cactus Pear
      w. Simply Body Wash for Sensitive Skin - Green Tea + Cucumber + Aloe Vera
      x. Body Wash + Soak with Epsom Salt - Hibiscus + Argan
      y. Moisture Loving Body Wash - White Grapefruit + Rosemary
      z. Body Wash + Soak with Epsom Salt - Lavender + Lemon Balm
      aa. Men's Body Wash + Soak with Epsom Salt - Eucalyptus and Green Clay
      bb. Men's Body Wash + Soak with Epsom Salt - Cool Mint + Bamboo
   b. Body Butter Collection
       i. Pineapple + Maqui. Berry + Coconut
      ii. Raw Coconut + Mango
   c. Boy Lotion
      a. Moisture Loving Lotion - Hibiscus + Island Fruit
      b. Moisture Loving Lotion - Clementine + Fig
      c. Moisture Loving Lotion - Santal + Caffeine
      d. Moisture Loving Lotion - Shea + Rice Flower
      e. Simply Body Lotion - Raw Coconut + Mango

   f. Simply Body Lotion for Sensitive Skin - Green Tea + Cucumber + Aloe Vera
   g. Simply Body Lotion - Pineapple + Maqui Berry + Coconut
  d. Body Scrub
   1. Daily Micro Scrub Salt Polish - Hibiscus + Island Fruit
   2. Daily Micro Scrub Salt Polish - Santal + Caffeine
   3. Daily Micro Scrub Salt Polish - Shea + Rice Flower
   4. Daily Micro Scrub Salt Polish - Raw Coconut + Mango
   5. Sugar Scrub - Pineapple + Maqui Berry + Coconut
   6. Sugar Scrub - Watermelon + Fresh Mint
   7. Sugar Scrub - Raw Coconut + Mango
   8. Sugar Scrub - Lemon Sugar
   9. Whipped Scrub for Sensitive Skin - Green Tea + Cucumber + Aloe Vera
   10. Whipped Scrub for Sensitive Skin - Beach Rose + Coconut Milk + Shea
   11. Glow Magic - The Scrub Trio (Includes three sugar scrubs: Watermelon + Fresh Mint, Raw Coconut + Mango, Pineapple + Maqui Berry + Coconut)
   12. Sugar Scrub - Watermelon + Fresh Mint
   13. Sugar Scrub - Raw Coconut + Mango
   14. Sugar Scrub - Pineapple + Maqui Berry + Coconut
  e. Bar Soap
   1. Eco Body Bar - Santal + Caffeine
   2. Eco Body Bar - Lemon Sugar
   3. Eco Body Bar - Watermelon + Fresh Mint
   4. Eco Body Bar - Green Tea + Cucumber + Aloe Vera
   5. Men's Eco Body Bar - Eucalyptus + Cedar Leaf
   6. Men's Eco Body Bar - Black Coconut + Sea Salt
   7. Eco Body Bar - Shea + Rice Flower
  f. Deodorant
   1. Deodorant - Vanilla Bean + Charcoal
   2. Deodorant - Beach Rose + Aloe
   3. Deodorant - Eucalyptus + Fresh Mint
   4. Deodorant - Santal + Verbena
2. Hair Collection
  a. Shampoo
   1. The Deep Cleanse Shampoo - Charcoal + Matcha + Aloe
   2. Vinegar Hair Rinse - Rosemary + Mint
   3. The Scalp Restore Shampoo - Jojoba + Aloe + Niacinamide
   4. The Grow Pro Shampoo - Passion Fruit + Marula
   5. The Moisture Smoothie Shampoo - Coconut + Agave + Sweet Almond Milk
   6. The Volume Revive Shampoo - Strawberry + White Tea + Nettle
   7. The Truly Unruly Shampoo - Avocado + Apple Cider Vinegar + Rosemary Oil
   8. The Moisture Smoothie Shampoo - Coconut + Agave + Sweet Almond Milk
   9. The Bounce Back Shampoo - Mango Butter + Agave + Carrot Oil
   10. Men's 2-in-1 Shampoo & Conditioner - Tea Tree + Coconut + Aloe
   11. Men's 2-in-1 Shampoo & Conditioner - Eucalyptus + Sage + Shea
   12. Men's 2-in-1 Shampoo & Conditioner - Charcoal + Jojoba + Mint
   13. The Moisture Smoothie Shampoo - Coconut + Agave + Sweet Almond Milk

    b. Conditioner
1. The Moisture Smoothie Conditioner - Coconut + Agave + Sweet Almond Milk
2. The Grow Pro Conditioner - Passion Fruit + Marula
3. Multi-Miracle Hair Mist - Coconut Milk + Agave
4. The Moisture Smoothie Conditioner - Coconut + Agave + Sweet Almond Milk
5. The Scalp Restore Conditioner - Jojoba + Aloe + Niacinamide
6. Truly Unruly Conditioner - Avocado + Apple Cider Vinegar + Rosemary Oil
7. The Volume Revive Conditioner - Strawberry + White Tea + Nettle
8. Leave-In Conditioner - Coconut + Papaya + Shea
9. Men's 2-in-1 Shampoo & Conditioner - Tea Tree + Coconut + Aloe
10. The Bounce Back Conditioner - Mango Butter + Agave + Carrot Oil
11. Men's 2-in-1 Shampoo & Conditioner - Eucalyptus + Sage + Shea
12. Men's 2-in-1 Shampoo & Conditioner - Charcoal + Jojoba + Mint
13. Fierce Renewal Hair Booster - Coconut + Soy Protein
14. Radical Repair Hair Booster - Lotus + Sea Palm
15. The Moisture Smoothie Conditioner - Coconut + Agave + Sweet Almond Milk

    c. Masques
1. Mighty Curls Hair Masque - Papaya + Coconut + Hemp Seed Oil
2. The Scalp Scrub Micro Polish - Eucalyptus + Aloe
3. Pure Scalp Therapy - Scalp & Hair Masque - Activated Charcoal + Coconut + Peppermint Oil
4. Healing Power Hair Masque - Avocado + Banana Oil + Coconut Milk + Agave
5. Healing Power Hair Masque - Avocado + Banana Oil + Coconut Milk + Agav

    d. Styling and Finishing
1. The Not So Dry Shampoo - Aloe + Bamboo
2. Simply Straight Straightening Serum - Waterlily + Cactus
3. Vinegar Hair Rinse - Rosemary + Mint
4. Multi-Miracle Hair Mist - Coconut Milk + Agave
5. Leave-In Conditioner - Coconut + Papaya + Shea
6. Endless Hair Glow - Argan + Apricot
7. PRO Remedy Leave-in Primer Mist - Wild Rose + Watercress
8. PRO Remedy Leave-in Bond Treatment - Banana Leaf + Coconut
9. Fierce Renewal Hair Booster - Coconut + Soy Protein
10. Radical Repair Hair Booster - Lotus + Sea Palm

3. Hand and Lip Collection
    a. Hand Wash
1. Simply Hand Wash - Hibiscus + Island Fruit
2. Simply Hand Wash - Santal + Caffeine
3. Simply Hand Wash - Shea + Rice Flower
4. Simply Hand Wash - Raw Coconut + Mango
5. Nutrient Rich Hand Wash - Hibiscus + Rose Hip
6. Simply Hand Wash - Lemon Sugar
7. Moisture Loving Hand Wash - Watermelon + Fresh Mint
8. Simply Hand Wash - Vanilla Bean + Sugar
9. Simply Hand Wash - Pineapple + Maqui Berry + Coconut
10. Moisture Loving Hand Wash - Avocado + Cactus Pear

  11. Simply Hand Wash for Sensitive Skin - Green Tea + Cucumber + Aloe Vera
  12. Nutrient Rich Hand Wash - Aloe Vera + Blue Sage
 b. Lip Balm
  1. Lip Balm - Raw Coconut + Mango
  2. Lip Balm - Watermelon + Fresh Mint
  3. Lip Balm - Almond + Agave
  4. Lip Balm - Pineapple + Maqui Berry + Coconut
  5. Lip Balm - Lemon Sugar
4. Kid's Collection
 1. Kids' Detangler - Coconut Milk + Banana
 2. Kids' 2-in-1 Bubble Bath + Body Wash - Strawberry Vanilla
 3. Kids' Foamy Hand + Face Wash - Watermelon + Raspberry
 4. Kids' Detangler - Strawberry + Oat Milk
 5. Kids' Foamy Hand + Face Wash - Green Apple + Strawberry
 6. Kids' 2-in-1 Bubble Bath + Body Wash - Superberry + Cherry
 7. Kids' 2-in-1 Bubble Bath + Body Wash - Raspberry + Oat Milk
 8. Kids' 2-in-1 Shampoo + Conditioner - Coconut + Aloe Vera
 9. Kids' 2-in-1 Shampoo + Conditioner - Strawberry + Kiwi
 10. Kids' 2-in-1 Shampoo + Conditioner Scalp Care - Mango Butter + Oats
 11. Kids' Strong + Shiny Leave-In Conditioning Cream - Strawberry + Oat Milk
 12. Kids' 2-in-1 Bubble Bath + Body Wash - Watermelon Lemonade
 13. Kids' 2-in-1 Bubble Bath + Body Wash - Pineapple Orange
 14. Kids' 2-in-1 Shampoo & Conditioner - Watermelon + Apple
 15. Kids' Bath Fizzers - Strawberry Vanilla
 16. Kids' 2-in-1 Shampoo + Conditioner - Banana + Strawberry
 17. Kids' Bath Fizzers - Watermelon Lemonade
 18. Kids' Hand + Body Lotion - Watermelon + Strawberry
 19. Kids' Hand + Body Lotion - Mango + Sweet Peach
 20. Kids' Slime Goo - Watermelon Apple
 21. Bath Time Fun - Bubbles + Fizzers
 22. Bath Time Joy - Bubbles + Fizzers
 23. Kids' Hand + Body Lotion - Green Apple + Avocado
 24. Raw Fun

Any and all other products that allege to a) be made with "Cold Press Technology", b) be made with "nutrient dense cold press extracts", c) contain ingredients, including but not limited to Sweet Almond *Milk*, that they do not contain and d) contain or are made with any foreign ingredients or components and represent "Made in the USA" or any derivative thereof in any of their advertising, marketing or packaging including, but not limited to, products sold in the past four years that are now discontinued. Products with multiple sizes, packaging or other variations not specifically listed here are all included.