# Exhibit B

EXHIBIT B

# DECLARATION OF MARIA CORONA

I, MARIA CORONA, DECLARE:

1. On or about April 29, 2024, I purchased Raw Sugar's The Moisture Smoothie shampoo for dry hair (the "Product") for $12.99 excluding tax from Albertsons in Fallbrook, California for my personal use.

2. At the time of my review and purchased of the Product, I was within the County of San Diego, State of California, where I also reside.

3. It is also my understanding that Defendants Raw Sugar, LLC and Sugar Buyer, LLC do business within the County of San Diego, State of California.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct, and that this declaration was executed on ___May 9___, 2025.

By: _____*Marie C*_____
    **MARIA CORONA**

**EXHIBIT B**