**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Pamela E. Prescott, Esq. (SBN: 328243)
pamela@kazlg.com
245 Fischer Avenue Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Maria Corona

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIA CORONA, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**RAW SUGAR, LLC and SUGAR BUYER, LLC,**<br><br>**Defendants.** | **Case No.:** 3:25-cv-01222-BAS-AHG<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)(i)** |

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE

1    **TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE**

2    **ATTTORNEY'S RECORD:**

3        PLEASE TAKE NOTICE that Plaintiff Maria Corona ("Plaintiff") hereby

4    voluntarily dismisses the action, <u>without prejudice</u>, pursuant to Fed. R. Civ. P.

5    41(a)(1)(A)(i).

6        Defendants Raw Sugar, LLC and Sugar Buyer, LLC, ("Defendants") have not

7    filed an answer to Plaintiff's Complaint in this matter (Case No. 3:25-cv-01222-

8    BAS-AHG), nor have the Defendants filed a motion for summary judgment.

9        Therefore, the Plaintiff voluntarily dismisses the action without prejudice,

10    pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

11

12    Date: June 20, 2025                    **KAZEROUNI LAW GROUP, APC**

13                                            */s/ Pamela E. Prescott, Esq.*

14                                            Abbas Kazerounian, Esq.
                                              Pamela E. Prescott, Esq.

15                                            *Attorney for Plaintiff*

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**